IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02615-ZLW

RUDY STANKO,

Applicant,

v.

BLAKE DAVIS, Warden, F.C.I. Englewood,

Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed and the judgment entered on February 4, 2009. Therefore, Respondent's "Motion to Strike Applicant's 'Motion for Leave to Amend Petition Pursuant to 28 USC § 2242 (Doc. 10)," submitted to and filed with the Court on February 2, 2009, is DENIED as moot.

Dated: February 6, 2009

Copies of this Minute Order mailed on February 6, 2009, to the following:

Rudy Stanko
Reg No. 18259-013
FCI-Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Marc A. Bonora
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2009

GREGORY C. LANGHAM
CLERK